■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICIA SWIFT, Appellant. [758 NYS2d 807] —Judgment, Supreme Court, New York County (John Bradley, J.), rendered May 2, 2000, convicting defendant, upon her plea of guilty, of grand larceny in the second degree, and sentencing her to a term of 1½ to 4½ years, unanimously affirmed.

Defendant made a valid waiver of her right to appeal (*see People v Moissett,* 76 NY2d 909 [1990]). Accordingly, this waiver precludes any interest of justice review by this Court of her excessive sentence claim (*People v Seaberg,* 74 NY2d 1, 9-10 [1989]). In any event, were we to find that defendant did

not validly waive her right to appeal, we would perceive no basis for reducing the sentence. Concur—Buckley, P.J., Andrias, Sullivan, Lerner and Friedman, JJ.